**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOHN DAVID RICHARDSON,  PLAINTIFFS
ADC #158753, et al.

v.  No. 3:14CV00243 JLH-JTK

CRAIGHEAD COUNTY DETENTION
CENTER, et al.  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 8th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE